GEORGE G. MGDESYAN, SBN 225476
MGDESYAN LAW FIRM
4529 Sherman Oaks Ave
Sherman Oaks, CA 91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6778
Email: george@mgdesyanlaw.com

Attorney for Defendant
MOUSHEGH PAMPUKYAN

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>MOUSHEGH PAMPUKYAN,<br><br>       Defendant | Case No.: 24-CR-00094-JVS<br><br>UNOPPOSED EX PARTE APPLICATION FOR ORDER OF DETENTION AND EXONERATION OF BOND; DECLARATION OF GEORGE MGDESYAN IN SUPPORT THEREOF |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE

UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF

CALIFORNIA:

   Defendant, Moushegh Pampukyan, through his undersigned counsel,

respectfully requests that the court order detention of defendant and exonerate

bond. This motion is based on the attached Declaration of George Mgdesyan filed

concurrently herewith, all papers, pleadings, and documents already filed before

the Court in this matter and upon such oral testimony and argument as may be made at the time of the hearing of this matter.

Dated: March 26, 2024          Respectfully submitted,

/s/ *George G. Mgdesyan*
GEORGE G. MGDESYAN
Attorney for Defendant
MOUSHEGH PAMPUKYAN

# DECLARATION OF GEORGE G. MGDESYAN

I, George G. Mgdesyan, hereby declare as follows:

1. I am an attorney admitted to practice law in the state of California and before this Court. I am the attorney for defendant Moushegh Pampukyan, in U.S. v. Pampukyan, CR-24-00094-JVS. The following fact are within my personal knowledge, and if called upon as a witness, I could and would competently testify to the truth of the matters asserted herein.

2. On February 28, 2024, the Court approved Mr. Pampukyan's unsecured appearance bond and conditions of release. (Dkt. 10)

3. Among those conditions of release, Mr. Pampukyan was to participate in an in-patient treatment program. However, on March 21, 2024, I received information from Pretrial Services Officer, Cathleen Torres Vasquez, that the defendant, Moushegh Pampukyan, had been in violation of this release condition.

4. Thereafter, I spoke with Mr. Pampukyan, who agreed to self-surrender upon the order from this Honorable Court.

5. On March 22, 2024, I contacted counsel for government, Stephanie Orrick, discussed and agreed upon self-surrender of the defendant and the exoneration of the appearance bond of $50,000.

///

///

I declare under penalty of perjury that the foregoing is true and correct to the best my knowledge and belief.

Executed this 26th day of March 2024 at Los Angeles, California.

                                        Respectfully submitted,

                                        /s/ *George G. Mgdesyan*
                                        GEORGE G. MGDESYAN
                                        Attorney for Defendant
                                        MOUSHEGH PAMPUKYAN