cc: USPPO
USMS-SA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 24-CR-00094-JVS |
| Plaintiff, | |
| vs. | ORDER [24] |
| MOUSHEGH PAMPUKYAN, | |
| Defendant | |

STIPULATION FOR MODIFICATION OF RELEASE CONDITIONS - 1

Having considered the parties' Unopposed Application for Order of Detention and Exoneration of Bond, IT IS HEREBY ORDERED that the defendant shall be detained pending trial. The bond in this matter shall be exonerated upon the verification of self-surrender. Defendant shall surrender to the Metropolitan Detention Center within 24 hours of this order.

**IT IS SO ORDERED.**

DATED: March 27, 2024

_____
Honorable James V. Selna
United States District Court
Central District of California